| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>JOEL A. ACKERMAN<br>JA 4027<br> XWA 156996-1/nv<br>ZUCKER, GOLDBERG & ACKERMAN, LLC<br>Attorneys for Secured Creditor<br>Wells Fargo Bank, NA<br>200 Sheffield Street, Suite 101<br>P.O. Box 1024<br>Mountainside, NJ  07092-0024<br>1-908-233-8500 | |
| In Re:<br><br>Hector L. Delgado and Miryam Delgado | Case No.:  11-33405-NLW<br>Adv. No.:<br>Hearing Date:  September 19, 2011 @ 9:00am<br><br>Judge:  Novalyn L. Winfield |

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through two (2) this if more than two pages is hereby **ORDERED.**

(Page 2)

Debtor(s): Hector L. Delgado and Miryam Delgado
Case No.: 11-33405-NLW
Caption of Order: **ORDER VACATING AUTOMATIC STAY**

Upon the motion of ZUCKER, GOLDBERG & ACKERMAN, LLC, attorneys for Secured Creditor, Wells Fargo Bank, NA , under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

  X    Real property more fully described as 25-27 Hill Street, Brooklyn, NY  11208

_____ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtors, any trustee and other party who entered an appearance on the motion.