JOEL A. ACKERMAN
JA 4027

XWA-156996-1/nv
ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Secured Creditor
Wells Fargo Bank, NA
200 Sheffield Street, Suite 101
P.O. Box 1024
Mountainside, NJ  07092-0024
1-908-233-8500

|  |  |  |
|---|---|---|
|  | : | UNITED STATES BANKRUPTCY COURT |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
| IN RE: | : |  |
|  | : | CHAPTER 7 |
| Hector L. Delgado and Miryam Delgado | : |  |
| Debtors | : | CASE NO.  11-33405-NLW |
|  | : |  |
|  | : | **CERTIFICATION OF MAILING** |
|  | : | **(RET:  September 19, 2011 @ 9:00am)** |
|  | : |  |

    Neidy Vasconcelos does hereby certify:

    1.  I am employed in the offices of ZUCKER, GOLDBERG & ACKERMAN, LLC, attorneys for Wells Fargo Bank, NA , Secured Creditor in the above entitled matter.

    2.  On August 19, 2011, our firm caused to have mailed a copy of Notice of Motion to Vacate the Automatic Stay, returnable before the Bankruptcy Court at 50 Walnut Street, 3rd Floor, P.O. Box 1352, Newark, NJ 07101-1352, Certification in Support Thereof, and a proposed form of Order Vacating Stay to the following:

Hector L. Delgado
366 Chamberlain Avenue
Paterson, NJ 07502

Hector L. Delgado
25-27 Hill Street
Brooklyn, NY 11208

Miryam Delgado
703 Summit Avenue
Franklin Lakes, NJ 07417

Miryam Delgado
25-27 Hill Street
Brooklyn, NY 11208

Stuart D. Gavzy, Esq.
Attorney for Debtor(s)
163 East Main Street, Suite B
Little Falls, NJ  07424

Steven P. Kartzman, Trustee
101 Gibraltar Drive
Suite 2F
Morris Plains, NJ  07950

    3.  I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

DATED:  August 19, 2011

       /s/  **Neidy Vasconcelos**
       NEIDY VASCONCELOS

*This is an attempt to collect a debt.  Any information obtained will be used for that purpose.*